1  DALE L. ALLEN, JR., #145279
   DIRK D. LARSEN, #246028
2  LOW, BALL & LYNCH
   505 Montgomery Street, 7th Floor
3  San Francisco, California 94111-2584
   Telephone  (415) 981-6630
4  Facsimile   (415) 982-1634

5  Attorneys for Defendants
   CITY OF LIVERMORE, CITY OF LIVERMORE POLICE
6  DEPARTMENT, STEVE SWEENEY, D. BLAKE,
   R. LANAM, and A. BATREZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS G. SMITH, JR. and SATIN C. WEAVER,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>CITY OF LIVERMORE, a municipality; COUNTY OF ALAMEDA, CITY OF LIVERMORE POLICE DEPARTMENT; STEVE SWEENEY in his capacity as Police Chief for the City of Livermore; R. LANAM, in his capacity as Police Officer for the City of Livermore; A. BATREZ, in his capacity as Police Officer for the City of Livermore; and DOES 1 through X, inclusive,<br><br>　　　　　　Defendants. | Case No. C 08-01829 JCS<br><br>DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE<br><br>AND<br><br>REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned parties hereby decline to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby request the reassignment of this case to a

///
///
///
///
///
///

1  United States District Judge.

3  Dated: April 10, 2008.

                                     LOW, BALL & LYNCH

                        By      /s/ Dale L. Allen, Jr.
                            DALE L. ALLEN, JR.
                            DIRK D. LARSEN
                            Attorneys for Defendants
                            CITY OF LIVERMORE, CITY OF LIVERMORE
                            POLICE DEPARTMENT, STEVE SWEENEY, D.
                            BLAKE, R. LANAM, and A. BATREZ

*Louis G. Smith, Jr. and Satin W. Weaver vs City of Livermore, et al.*
*Alameda County Superior Court No. VG08370238*

**PROOF OF SERVICE**

I am over the age of eighteen (18) years and not a party to the within action. I am employed at Low, Ball & Lynch, 505 Montgomery Street, 7th Floor, San Francisco, California 94111.

On the date indicated below, I served the following documents enclosed in a sealed envelope on the listed addresses:

**DOCUMENT(S):**   DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE

**ADDRESSES:**

| Louis G. Smith (In Pro Per)<br>1890 Earl Way<br>Tracy, CA 95373<br>Tel: 209-833-6338 | Satin C. Weaver (In Pro Per)<br>4978 Shirley Way<br>Livermore, CA 94550 |
|---|---|

**[X]** **(BY MAIL)** I placed a true copy, enclosed in a sealed, postage paid envelope, and deposited same for collection and mailing at San Francisco, California, following ordinary business practices, addressed as set forth below.

[ ] **(BY PERSONAL SERVICE)** I caused each such envelope to be delivered by hand to the addressees noted above or on the attachment herein by _____ Legal Services.

[ ] **(BY FACSIMILE)** I caused the said document to be transmitted by Facsimile transmission to the number indicated after the addresses noted above or on the attachment herein.

[ ] **(BY OVERNIGHT COURIER)** I caused each such envelope addressed to the parties to be deposited in a box or other facility regularly maintained by the overnight courier or driver authorized by the overnight courier to receive documents.

[ ] **(BY CERTIFIED MAIL/RETURN RECEIPT REQUESTED)** I placed a true copy, enclosed in a sealed, postage-paid envelope, and deposited same for collection and mailing at San Francisco, California, following ordinary business practices, addressed as set forth below.

I am readily familiar with this law firm's practice for the collection and processing of documents for regular and certified mailing, overnight mail, and facsimile transaction, and said document(s) are deposited with the United States Postal Service or overnight courier depository on the same day in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at San Francisco, California on April 10, 2008.

          /s/ M. Kathryn Mansfield
          M. Kathryn Mansfield