1 | DALE L. ALLEN, JR., #145279
DIRK D. LARSEN, #246028
2 | LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
3 | San Francisco, California 94111-2584
Telephone (415) 981-6630
4 | Facsimile (415) 982-1634

5 | Attorneys for Defendants
CITY OF LIVERMORE, CITY OF LIVERMORE POLICE
6 | DEPARTMENT, STEVE SWEENEY, D. BLAKE,
R. LANAM, and A. BATREZ

7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10

11 | LOUIS G. SMITH, JR. and SATIN C. WEAVER,    ) Case No. C 08-01829 JCS
                                               )
12 |                Plaintiffs,                 )
                                               ) **PROOF OF SERVICE**
13 |      v.                                    )
                                               )
14 | CITY OF LIVERMORE, a municipality; COUNTY  )
OF ALAMEDA, CITY OF LIVERMORE POLICE           )
15 | DEPARTMENT; STEVE SWEENEY in his capacity  )
as Police Chief for the City of Livermore; R. LANAM, )
16 | in his capacity as Police Officer for the City of )
Livermore; A. BATREZ, in his capacity as Police )
17 | Officer for the City of Livermore; and DOES 1 through )
X, inclusive,                                  )
18 |                                            )
                    Defendants.                )
19 |                                            )

*Louis G. Smith, Jr. and Satin W. Weaver vs City of Livermore, et al.*
*USDC No. C 08-01829 JCS*

## PROOF OF SERVICE

I am over the age of eighteen (18) years and not a party to the within action. I am employed at Low, Ball & Lynch, 505 Montgomery Street, 7th Floor, San Francisco, California 94111.

On the date indicated below, I served the following documents enclosed in a sealed envelope on the listed addresses:

**DOCUMENT(S):** Copies of the following documents: Order Setting Initial Case Management Conference and ADR Deadlines; Notice of Assignment of Case to a United States Magistrate Judge For Trial; Standing Order; Notice of Availability of Magistrate Judge to Exercise Jurisdiction

**ADDRESSES:**

| Louis G. Smith<br>1890 Earl Way<br>Tracy, CA 95373<br>Tel: 209-833-6338<br>(In Pro Per) | Satin C. Weaver<br>4978 Shirley Way<br>Livermore, CA 94550<br>Tel: 209-833-6338<br>(In Pro Per) |
|---|---|

[X]  **(BY MAIL)** I placed a true copy, enclosed in a sealed, postage paid envelope, and deposited same for collection and mailing at San Francisco, California, following ordinary business practices, addressed as set forth below.

[ ]  **(BY PERSONAL SERVICE)** I caused each such envelope to be delivered by hand to the addressees noted above or on the attachment herein by _____ Legal Services.

[ ]  **(BY FACSIMILE)** I caused the said document to be transmitted by Facsimile transmission to the number indicated after the addresses noted above or on the attachment herein.

[ ]  **(BY OVERNIGHT COURIER)** I caused each such envelope addressed to the parties to be deposited in a box or other facility regularly maintained by the overnight courier or driver authorized by the overnight courier to receive documents.

[ ]  **(BY CERTIFIED MAIL/RETURN RECEIPT REQUESTED)** I placed a true copy, enclosed in a sealed, postage-paid envelope, and deposited same for collection and mailing at San Francisco, California, following ordinary business practices, addressed as set forth below.

I am readily familiar with this law firm's practice for the collection and processing of documents for regular and certified mailing, overnight mail, and facsimile transaction, and said document(s) are deposited with the United States Postal Service or overnight courier depository on the same day in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at San Francisco, California on April 10, 2008.

                                            /s/   M. Kathryn Mansfield
                                            M. Kathryn Mansfield