```
1  DALE L. ALLEN, JR., #145279
   DIRK D. LARSEN, #246028
2  LOW, BALL & LYNCH
   505 Montgomery Street, 7th Floor
3  San Francisco, California 94111-2584
   Telephone (415) 981-6630
4  Facsimile (415) 982-1634

5  Attorneys for Defendants
   CITY OF LIVERMORE, CITY OF LIVERMORE POLICE
6  DEPARTMENT, STEVE SWEENEY, D. BLAKE,
   R. LANAM, and A. BATREZ
7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS G. SMITH, JR. and SATIN C. WEAVER, | Case No. C 08-01829 CW |
| Plaintiffs, | NOTICE OF UNAVAILABILITY OF COUNSEL |
| v. | |
| CITY OF LIVERMORE, a municipality; COUNTY OF ALAMEDA, CITY OF LIVERMORE POLICE DEPARTMENT; STEVE SWEENEY in his capacity as Police Chief for the City of Livermore; R. LANAM, in his capacity as Police Officer for the City of Livermore; D. BLAKE, in his capacity as Police Officer for the City of Livermore; A. BATREZ, in his capacity as Police Officer for the City of Livermore; and DOES 1 through X, inclusive, | |
| Defendants. | |

TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that commencing on June 14, 2008 and continuing through June 30, 2008, inclusive, Dale L. Allen, Jr., attorney for defendants CITY OF LIVERMORE, CITY OF LIVERMORE POLICE DEPARTMENT, STEVE SWEENEY, D. BLAKE, R. LANAM, and A. BATREZ, will be on vacation and unavailable for any purpose whatsoever, including, but not limited to, receiving notices of any kind, responding to ex-parte applications, appearing in court, or appearing at depositions.

1  Please be advised that purposefully scheduling a conflicting proceeding without good cause is

2  sanctionable conduct. See <u>Tenderloin Housing Clinic vs. Sparks</u> (1992) 8 Cal. App. 4th 299.

3

   Dated:  May 15, 2008.

4
                                                LOW, BALL & LYNCH
5

6

7                                               By____/s/____Dale L. Allen, Jr._____
                                                    DALE L. ALLEN, JR.
8                                                   DIRK D. LARSEN
                                                    Attorneys for Defendants
9                                                   CITY OF LIVERMORE, CITY OF LIVERMORE
                                                    POLICE DEPARTMENT, STEVE SWEENEY, D.
10                                                  BLAKE, R. LANAM, and A. BATREZ

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

-2-

NOTICE OF UNAVAILABILITY OF COUNSEL

J:\2751\SF0001\D-NTC.UNAVAIL.wpd                                              USDC Case No. 4:08-cv-1829 CW

*Louis G. Smith, Jr. and Satin W. Weaver vs City of Livermore, et al.*
*USDC No. C 08-01829 CW*

## PROOF OF SERVICE

I am over the age of eighteen (18) years and not a party to the within action. I am employed at Low, Ball & Lynch, 505 Montgomery Street, 7th Floor, San Francisco, California 94111.

On the date indicated below, I served the following documents enclosed in a sealed envelope on the listed addresses:

**DOCUMENT(S):**   NOTICE OF UNAVAILABILITY OF COUNSEL

**ADDRESSES:**

| | |
|---|---|
| Louis G. Smith<br>1890 Earl Way<br>Tracy, CA 95373<br>Tel: 209-833-6338<br>(In Pro Per) | Satin C. Weaver<br>4978 Shirley Way<br>Livermore, CA 94550<br>Tel: 209-833-6338<br>(In Pro Per) |

**[X]**   **(BY MAIL)** I placed a true copy, enclosed in a sealed, postage paid envelope, and deposited same for collection and mailing at San Francisco, California, following ordinary business practices, addressed as set forth below.

[ ]   **(BY PERSONAL SERVICE)** I caused each such envelope to be delivered by hand to the addressees noted above or on the attachment herein by _____ Legal Services.

[ ]   **(BY FACSIMILE)** I caused the said document to be transmitted by Facsimile transmission to the number indicated after the addresses noted above or on the attachment herein.

[ ]   **(BY OVERNIGHT COURIER)** I caused each such envelope addressed to the parties to be deposited in a box or other facility regularly maintained by the overnight courier or driver authorized by the overnight courier to receive documents.

[ ]   **(BY CERTIFIED MAIL/RETURN RECEIPT REQUESTED)**   I placed a true copy, enclosed in a sealed, postage-paid envelope, and deposited same for collection and mailing at San Francisco, California, following ordinary business practices, addressed as set forth below.

I am readily familiar with this law firm's practice for the collection and processing of documents for regular and certified mailing, overnight mail, and facsimile transaction, and said document(s) are deposited with the United States Postal Service or overnight courier depository on the same day in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at San Francisco, California on May 15, 2008.

              /s/    M. Kathryn Mansfield              
              M. Kathryn Mansfield