DALE L. ALLEN, JR., #145279
DIRK D. LARSEN, #246028
LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
San Francisco, California 94111-2584
Telephone (415) 981-6630
Facsimile (415) 982-1634

Attorneys for Defendants
CITY OF LIVERMORE, CITY OF LIVERMORE POLICE DEPARTMENT, STEVE SWEENEY, D. BLAKE, R. LANAM, and A. BATREZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS G. SMITH, JR. and SATIN C. WEAVER, <br><br>Plaintiffs, <br><br>v. <br><br>CITY OF LIVERMORE, a municipality; COUNTY OF ALAMEDA, CITY OF LIVERMORE POLICE DEPARTMENT; STEVE SWEENEY in his capacity as Police Chief for the City of Livermore; D. BLAKE, in his capacity as Police Officer for the City of Livermore; R. LANAM, in his capacity as Police Officer for the City of Livermore; A. BATREZ, in his capacity as Police Officer for the City of Livermore; and DOES 1 through X, inclusive, <br><br>Defendants. | Case No. C 08-01829 CW <br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

Defendants CITY OF LIVERMORE, CITY OF LIVERMORE POLICE DEPARTMENT, STEVE SWEENEY, D. BLAKE, R. LANAM, and A. BATREZ, and plaintiffs LOUIS G. SMITH, JR. and SATIN C. WEAVER hereby stipulate to continue the case management conference in the above-captioned matter, currently scheduled for August 5, 2008, at 2:00 p.m., to September 2, 2008, at 2:00 p.m., in Courtroom 2 of the above-entitled Court. Good cause for the continuance exists in that counsel for defendants is unavailable on August 5, 2008, and September 2, 2008, is the first Tuesday

///

///

thereafter on which counsel for defendants and *pro se* plaintiffs are able to attend.

Dated: July 17, 2008.

                                                  LOW, BALL & LYNCH

By _____
DALE L. ALLEN, JR.
DIRK D. LARSEN
Attorneys for Defendants
CITY OF LIVERMORE, CITY OF LIVERMORE
POLICE DEPARTMENT, STEVE SWEENEY, D.
BLAKE, R. LANAM, and A. BATREZ

Dated: July ____, 2008.

_____
LOUIS G. SMITH, JR.
Plaintiff *pro se*

Dated: July ____, 2008.

_____
SATIN C. WEAVER
Plaintiff *pro se*

IT IS SO ORDERED.

Dated: _____.

_____
HON. CLAUDIA WILKEN
U.S. DISTRICT JUDGE

1 | thereafter on which counsel for defendants and *pro se* plaintiffs are able to attend.

2

3 | Dated: July ____, 2008.

4 |                                       LOW, BALL & LYNCH

5

6

7 |                                       By_____
                                            DALE L. ALLEN, JR.

8 |                                             DIRK D. LARSEN
                                            Attorneys for Defendants

9 |                                             CITY OF LIVERMORE, CITY OF LIVERMORE
                                            POLICE DEPARTMENT, STEVE SWEENEY, D.

10 |                                             BLAKE, R. LANAM, and A. BATREZ

11 | Dated: July 16, 2008.

12

13 |                                       *[signature]*

14 |                                       LOUIS G. SMITH, JR.
                                      Plaintiff *pro se*

15 | Dated: July 16, 2008.

16

17 |                                       *[signature]*

18 |                                       SATIN C. WEAVER
                                      Plaintiff *pro se*

19

20 | IT IS SO ORDERED.

21

22 | Dated: _____

23

24

25 |                                       HON. CLAUDIA WILKEN
                                      U.S. DISTRICT JUDGE

26

27

28