1  DALE L. ALLEN, JR., #145279
   DIRK D. LARSEN, #246028
2  LOW, BALL & LYNCH
   505 Montgomery Street, 7th Floor
3  San Francisco, California 94111-2584
   Telephone (415) 981-6630
4  Facsimile (415) 982-1634

5  Attorneys for Defendants
   CITY OF LIVERMORE, CITY OF LIVERMORE POLICE
6  DEPARTMENT, STEVE SWEENEY, D. BLAKE,
   R. LANAM, and A. BATREZ

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 LOUIS G. SMITH, JR. and SATIN C. WEAVER,   )   Case No. C 08-01829 CW
                                              )
12                 Plaintiffs,                )   STIPULATION AND ORDER TO
                                              )   CONTINUE CASE
13       v.                                   )   MANAGEMENT CONFERENCE
                                              )   **AS MODIFIED**
14 CITY OF LIVERMORE, a municipality; COUNTY  )
   OF ALAMEDA, CITY OF LIVERMORE POLICE       )
15 DEPARTMENT; STEVE SWEENEY in his           )
   capacity as Police Chief for the City of Livermore; )
16 D. BLAKE, in his capacity as Police Officer for the )
   City of Livermore; R. LANAM, in his capacity as    )
17 Police Officer for the City of Livermore; A.       )
   BATREZ, in his capacity as Police Officer for the  )
18 City of Livermore; and DOES 1 through X,           )
   inclusive,                                         )
19                                                    )
                   Defendants.                        )
20 _____)

21       Defendants CITY OF LIVERMORE, CITY OF LIVERMORE POLICE DEPARTMENT,

22 STEVE SWEENEY, D. BLAKE, R. LANAM, and A. BATREZ, and plaintiffs LOUIS G. SMITH, JR.

23 and SATIN C. WEAVER hereby stipulate to continue the case management conference in the

24 above-captioned matter, currently scheduled for August 5, 2008, at 2:00 p.m., to September 2, 2008, at

25 2:00 p.m., in Courtroom 2 of the above-entitled Court. Good cause for the continuance exists in that

26 counsel for defendants is unavailable on August 5, 2008, and September 2, 2008, is the first Tuesday

27 ///

28 ///

1  thereafter on which counsel for defendants and *pro se* plaintiffs are able to attend.

3  Dated: July ____, 2008.

4                                                LOW, BALL & LYNCH

7                                                By_____
                                                DALE L. ALLEN, JR.
                                                DIRK D. LARSEN
                                                Attorneys for Defendants
                                                CITY OF LIVERMORE, CITY OF LIVERMORE
                                                POLICE DEPARTMENT, STEVE SWEENEY, D.
                                                BLAKE, R. LANAM, and A. BATREZ

11  Dated: July ____, 2008.

13                                                _____
                                              LOUIS G. SMITH, JR.
                                              Plaintiff *pro se*

15  Dated: July ____, 2008.

17                                                _____
                                              SATIN C. WEAVER
                                              Plaintiff *pro se*

20  IT IS SO ORDERED, **EXCEPT THE CASE MANAGEMENT CONFERENCE IS CONTINUED TO SEPTEMBER 23, 2008, AT 2:00 P.M.**

22                7/29/08

23  Dated: _____.

24  */s/ Claudia Wilken*

25  HON. CLAUDIA WILKEN
    U.S. DISTRICT JUDGE