IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOUIS SMITH and SATIN WEAVER,

    Plaintiffs,

  v.

CITY OF LIVERMORE, et al.,

    Defendants.
                                  /

No. 08-01829 CW

ORDER

    A Case Management Conference was held on September 23, 2008. No appearance was made by pro se Plaintiff Satin Weaver.

    It is Plaintiff's responsibility to prosecute her case. Failure to make court appearances or timely file documents may result in dismissal of her case for failure to prosecute.

    IT IS SO ORDERED.


Dated   9/26/08

                                             CLAUDIA WILKEN
                                             United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

SMITH et al,

    Plaintiff,

v.

CITY OF LIVERMORE et al,

    Defendant.

Case Number: CV08-01829 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 26, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Satin C. Weaver
4978 Shirley Way
Livermore, CA 94550

Dated: September 26, 2008

                              Richard W. Wieking, Clerk
                              By: Sheilah Cahill, Deputy Clerk

2