IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOUIS G. SMITH, JR., and SATIN WEAVER,

      Plaintiffs,

  v.

CITY OF LIVERMORE, et al.,

      Defendants.

_____/

No. C 08-01829 CW

CONDITIONAL ORDER
OF DISMISSAL

    The parties hereto, by their counsel, having advised the Court that they have agreed to a settlement of this cause,

    IT IS HEREBY ORDERED that this cause be dismissed with prejudice; provided, however, that if any party hereto shall certify to this Court, with proof of service of a copy thereon on opposing counsel, within 90 days from the date hereof, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.

    IT IS SO ORDERED.

Dated:  5/8/09

_____
CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

SMITH et al,

        Plaintiff,

v.

CITY OF LIVERMORE et al,

        Defendant.

Case Number: CV08-01829 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 8, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Louis G. Smith
1890 Earl Way
Tracy, CA 95376

Satin C. Weaver
4978 Shirley Way
Livermore, CA 94550

Dated: May 8, 2009

                      Richard W. Wieking, Clerk
                      By: Sheilah Cahill, Deputy Clerk