1  DALE L. ALLEN, JR., #145279
   DIRK D. LARSEN, #246028
2  LOW, BALL & LYNCH
   505 Montgomery Street, 7th Floor
3  San Francisco, California  94111-2584
   Telephone  (415) 981-6630
4  Facsimile   (415) 982-1634

5  Attorneys for Defendants
   CITY OF LIVERMORE, CITY OF LIVERMORE POLICE
6  DEPARTMENT, STEVE SWEENEY, D. BLAKE,
   R. LANAM, and A. BATREZ

7

8                     UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | LOUIS G. SMITH, JR. and SATIN C. WEAVER, | ) | Case No.  C 08-01829 CW |
|---|---|---|
|            Plaintiffs, | ) | STIPULATION OF DISMISSAL |
|    v. | ) | WITH PREJUDICE AND ORDER |
| CITY OF LIVERMORE, a municipality; COUNTY OF ALAMEDA, CITY OF LIVERMORE POLICE DEPARTMENT; STEVE SWEENEY in his capacity as Police Chief for the City of Livermore; D. BLAKE, in his capacity as Police Officer for the City of Livermore; R. LANAM, in his capacity as Police Officer for the City of Livermore; A. BATREZ, in his capacity as Police Officer for the City of Livermore; and DOES 1 through X, inclusive, | ) | |
|            Defendants. | ) | |

21      Pursuant to the settlement agreement and release between the parties, the parties to the above-captioned action hereby stipulate as follows:

23      1.    That the above-captioned action be dismissed with prejudice, each party to bear their own costs and attorney's fees;

25  ///
26  ///
27  ///
28  ///

---

-1-
STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER
C:\Documents and Settings\Workstation\Local Settings\Temp\notes95EC0B\P-stip.dis.wpd                USDC Case No. 4:08-cv-1829 CW

1  Accordingly, the parties jointly request that the Court dismiss this action with prejudice.

3  Dated: June 16, 2009.

LOW, BALL & LYNCH

By    /s/ Dale L. Allen,Jr.
DALE L. ALLEN, JR.
DIRK D. LARSEN
Attorneys for Defendants
CITY OF LIVERMORE, CITY OF LIVERMORE
POLICE DEPARTMENT, STEVE SWEENEY, D.
BLAKE, R. LANAM, and A. BATREZ

Dated: May 18, 2009.

LOUIS G. SMITH, JR.
Plaintiff *in pro se*

Dated: May 18, 2009.

SATIN C. WEAVER
Plaintiff *in pro se*

**ORDER OF DISMISSAL WITH PREJUDICE**

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1.  The action SMITH V. CITY OF LIVERMORE, et al., case number 4:08-cv-01829 CW, is dismissed with prejudice with each party to bear their own attorney's fees and costs.

IT IS SO ORDERED.

        8/4/09
Dated: _____ .

U.S. DISTRICT JUDGE